IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DWAINE GOVAN, | ) | |
| ANTHONY RICHARDSON, JR., | ) | |
| ANTHONY RICHARDSON, SR., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE |
| | ) | NO. 5:16-CV-00503-CAR |
| v. | ) | |
| | ) | |
| CITY OF MCINTYRE, | ) | |
| DEPUTY ZIM STEELE, in his | ) | |
| individual capacity, DEPUTY KYLE | ) | |
| MCDADE, in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED SCHEDULING AND DISCOVERY ORDER

The parties held a Rule 26(f) conference on January 10, 2017. In accordance with the Court's Rules 16 and 26 Order dated January 6, 2017, the parties to this action conferred and jointly developed this Proposed Scheduling and Discovery Order (the "Proposed Order") containing deadlines and limitations as follows:

I.  Nature of the case:

**This is an action for damages brought by Plaintiffs pursuant to 42 U.S.C. § 1983 and the Fourth Amendment for unlawful search and seizure and false arrest, state law claims under §§ 51-7-20, 51-1-13, and 51-1-14, and claims for punitive damages and attorney's fees under state law.  Defendants assert all applicable immunities and deny any constitutional or state law violation occurred.**

1

II.  Counsel of Record:

| | |
|---|---|
| **For Plaintiff:** | **Jeffrey R. Filipovits, Esq.**<br>**Filipovits Law Firm, P.C.**<br>**2900 Chamblee Tucker Road**<br>**Building I**<br>**Atlanta, Georgia 30341**<br>**(770) 455-1350**<br>**(770) 455-1449 (facsimile)**<br>**jeff@law.filipovits.com**<br><br>**Mawuli M. Davis, Esq.**<br>**Harold W. Spence, Esq.**<br>**Davis Bozeman Law Firm**<br>**4153 Flat Shoals Parkway, Suite 332**<br>**Decatur, Georgia 30034**<br>**(404) 244-2004**<br>**(404) 244-2020 (facsimile)**<br>**mdavis@davisbozemanlaw.com**<br>**hspence@davisbozemanlaw.com** |
| **For City Defendants:** | **Thomas F. Richardson, Esq.**<br>**J. Travis Hall, Esq.**<br>**Chambless, Higdon, Richardson, Katz & Griggs, LLP**<br>**3920 Arkwright Road, Suite 405**<br>**P.O. Box 18086**<br>**Macon, Georgia 31209-8086**<br>**(478) 745-1181**<br>**(478) 746-9479 (facsimile)**<br>**trichardson@chrkglaw.com**<br>**thall@chrkglaw.com** |
| **For Deputy McDade:** | **Timothy J. Buckley III, Esq.**<br>**Taylor W. Hensel, Esq.**<br>**Buckley Christopher & Haff, P.C.**<br>**2970 Clairmont Road NE**<br>**Suite 650**<br>**Atlanta, Georgia 30329**<br>**(404) 633-9230**<br>**(404) 633-9640 (facsimile)**<br>**tbuckley@bchlawpc.com**<br>**thensel@bchlawpc.com** |

2

III. Complaint and Answer filing dates:

| | |
|---|---|
| Complaint was filed: | **November 18, 2016** |
| Answer was filed on behalf of City Defendants: | **December 28, 2016** |
| Answer was filed on behalf of Deputy McDade: | **December 29, 2016** |

IV. Discovery Deadline

    A.  Time for Discovery

**The time for discovery in this case shall expire July 12, 2017, that being no more than 180 days after the submission of the Proposed Order to the Court.**

**If a party believes that more time for discovery is needed, an appropriate motion, accompanied by a proposed order for the Court, may be filed setting forth good cause for an extension.**

    B.  Scope of Discovery

**Discovery is necessary related to both liability and damages. No phases or specific limitations are necessary.**

    C.  Electronically Stored Information

**The parties mutually agreed that emails (to the extent that relevant/discoverable emails exist) will be produced in .PST format if possible, and if not, in another mutually agreeable format. Other documents will be produced in documents produced electronically shall be produced initially in native or searchable Portable Document Format (PDF) if possible, and if not, in another mutually agreeable format. The parties do not propose any additional limitations that need to be addressed at this time. As discovery progresses, counsel will confer**

3

on a case-by-case basis if either party believes there is a need for production via a different method.

D. Privilege Claims

The parties do not foresee any issues related to claims of privilege or protection at this time but request the right to pursue relief under Subsection (G) of this Order should any issue arise that cannot be resolved without the intervention of the Court.

E. Witnesses to be Deposed

   a. Plaintiff Dwaine Govan, to be contacted through undersigned Plaintiffs' counsel;

   b. Plaintiff Anthony Richardson, Jr., to be contacted through undersigned Plaintiffs' counsel;

   c. Plaintiff Anthony Richardson, Sr., to be contacted through undersigned Plaintiffs' counsel;

   d. Defendant Zim Steele, to be contacted through his undersigned counsel;

   e. Defendant Kyle McDade, to be contacted through his undersigned counsel, and;

   f. Other witnesses which may be made known as discovery progresses.

F. Expert Witnesses

   1. Designation of Experts

   Plaintiffs must disclose the identity of any expert witness on or before April 13, 2017, that being no more than 90 days after the submission of the

Proposed Order to the Court.

**Defendants must disclose the identity of any expert witness on or before May 12, 2017, that being no more than 120 days after the submission of the Proposed Order to the Court.**

**Any rebuttal must be submitted within 30 days after the other party's disclosure.** See Fed.R.Civ.P. 26(a)(2)(D)(ii).

2. Expert Reports

**Expert reports shall comply with Federal Rule of Civil Procedure 26(a)(2)(B). Any supplemental expert reports must be served on or before June 22, 2017, that being no more than 160 days after the submission of the Proposed Order to the Court. No additional supplemental reports may be disclosed or provided after this date without leave of Court.**

G. Discovery Limitations or Need for Protective Order

**The parties agree that requests for admission that are propounded solely to authenticate documents as provided for under Federal Rule of Civil Procedure 36(a)(1)(B) are excluded from Local Rule 36's limitation on the number of requests to admit that can be propounded.**

H. Discovery Disputes

**Before moving for an order relating to discovery, including motions to compel or contested motions for protective orders, the movant must contact Lee Anne Purvis, Courtroom Deputy (478.752.0739) to request a telephone conference with the Court.**

V.  Time for Filing Motions

    A. Motions to Amend the Pleadings or Join Parties

**All motions seeking to amend the pleadings or join parties must be filed no later than March 14, 2017, that being no more than 60 days after the entry of this Scheduling and Discovery Order.**

    B. Dispositive Motions

**All dispositive motions must be filed no later than August 11, 2017, that being no more than 30 days after the expiration of discovery in this case.**

    C. <u>Daubert</u> Motions

**All <u>Daubert</u> motions must be filed no later than August 11, 2017, that being no more than 30 days after the expiration of discovery in this case.**

VI. Certification of the Parties and Counsel:

**The Parties, by the signature of counsel below, certify they have conferred and discussed the nature and basis of their claims and defenses and the possibilities for prompt settlement or resolution of the case, pursuant to Local Rule 26(a).**

**Counsel further certify they have read the Court's Rules 16 and 26 Order. All counsel of record shall digitally sign below.**

This 13th day of January, 2016.

{Signatures on following page.}

**FILIPOVITS LAW FIRM, P.C.**

/s/ Jeffrey R. Filipovits

_____

JEFFREY R. FILIPOVITS
Georgia State Bar No. 825553
Attorney for Plaintiff


**DAVIS BOZEMAN LAW FIRM**

/s/ Mawuli M. Davis

_____

MAWULI M. DAVIS
Georgia State Bar No. 212029
HAROLD W. SPENCE
Georgia State Bar No. 671150
Attorneys for Plaintiff


**CHAMBLESS, HIGDON, RICHARDSON KATZ & GRIGGS, LLP**

/s/ J. Travis Hall

_____

THOMAS F. RICHARDSON
Georgia State Bar No. 604325
J. TRAVIS HALL
Georgia State Bar No. 357464
Attorneys for City of McIntyre and Defendant Steele


**BUCKLEY CHRISTOPHER, P.C.**

/s/ Taylor W. Hensel

_____

TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
TAYLOR W. HENSEL
Georgia State Bar No. 572754
Attorneys for Defendant McDade

7

The Court, having reviewed the information contained in the Proposed Scheduling and Discovery Order completed and filed jointly by the parties to this action, hereby **ADOPTS** the parties' plan and **MAKES IT THE ORDER OF THE COURT**.

**SO ORDERED,** this 13th day of January, 2017.

S/ C. Ashley Royal<br>
C. ASHLEY ROYAL, JUDGE<br>
UNITED STATES DISTRICT COURT