# UNITED STATES DISTRICT COURT
## for the
### Middle District of Georgia

DWAINE GOVAN, et al. )
*Plaintiff* )
v. ) Case No. 5:16-CV-503-CAR
CITY OF McINTYRE, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs DWAINE GOVAN, ANTHONY RICHARDSON, SR, and ANTHONY RICHARDSON, JR.

Date: 10/05/2017

*Attorney's signature*

Frank M. Gaither, Jr. GA Bar No. 282288
*Printed name and bar number*
THE DAVIS BOZEMAN LAW FIRM, P.C.
4153-C Flat Shoals Parkway, Suite 332
Decatur, Georgia 30034
*Address*

fgaither@davisbozemanlaw.com
*E-mail address*

(404) 244-2004
*Telephone number*

(404) 244-2020
*FAX number*