IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DWAINE GOVAN, et al., | * |
| Plaintiffs, | * |
| v. | Case No.  5:16-CV-503-TES |
| | * |
| CITY OF MCINTYRE, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 8, 2018, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant McDade.  Defendant McDade shall recover costs of this action.

Pursuant to this Court's Order dated November 29, 2018, and for the reasons stated therein, JUDGMENT is hereby entered dismissing Defendants City of Mcintyre and Steele with prejudice..

 This 30th day of November, 2018.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk